Office Mailing Address:
Albert Russo, Trustee
CN 4853
Trenton, NJ  08650

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019

### Chapter 13 Case No. 19-18521 / CMG

Sharon T Lee-Williams

Petition Filed Date: 04/26/2019
341 Hearing Date: 05/23/2019
Confirmation Date: 10/16/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/09/2019 | $291.05 | 58460640 | 05/31/2019 | $291.05 | 58953440 | 06/27/2019 | $291.05 | 59688240 |
| 07/30/2019 | $291.05 | 60521950 | 09/09/2019 | $291.05 | 61528860 | 10/03/2019 | $291.05 | 62274930 |
| 10/31/2019 | $291.05 | 62911990 | 12/03/2019 | $305.00 | 63618560 | 12/27/2019 | $305.00 | 64283760 |

**Total Receipts for the Period: $2,647.35   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,952.35**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Sharon T Lee-Williams | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | CANDYCE I SMITH-SKLAR, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,500.00 | $2,494.57 | $5.43 |
| 1 | NELNET ON BEHALF OF COLLEGE ASSIST<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 2 | CHASE BANK USA, N.A. | Unsecured Creditors | $6,118.01 | $0.00 | $6,118.01 |
| 3 | CREDIT UNION OF NEW JERSEY | Unsecured Creditors | $1,020.72 | $0.00 | $1,020.72 |
| 4 | CREDIT UNION OF NEW JERSEY | Unsecured Creditors | $3,765.76 | $0.00 | $3,765.76 |
| 5 | BANK OF AMERICA | Unsecured Creditors | $17,067.17 | $0.00 | $17,067.17 |
| 6 | SELECT PORTFOLIO SERVICING INC<br>»» P/290 GREENLAND AVE/1ST<br>MTG/NATIONSTAR | Mortgage Arrears | $4,510.05 | $0.00 | $4,510.05 |
| 7 | BANK OF AMERICA, N.A.<br>»» 2014 FORD ESCAPE/CRAM | Debt Secured by Vehicle | $9,285.20 | $0.00 | $9,285.20 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» HEALTHPLAN | Unsecured Creditors | $4,236.63 | $0.00 | $4,236.63 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» MY PLACE REWARDS | Unsecured Creditors | $967.89 | $0.00 | $967.89 |
| 10 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $11,122.91 | $0.00 | $11,122.91 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/HOME DEPOT | Unsecured Creditors | $2,725.37 | $0.00 | $2,725.37 |

**Chapter 13 Case No. 19-18521 / CMG**

| **SUMMARY** |
| --- |

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
| --- | --- | --- | --- |
| Total Receipts: | $2,952.35 | Plan Balance: | $15,263.95  ** |
| Paid to Claims: | $2,494.57 | Current Monthly Payment: | $305.00 |
| Paid to Trustee: | $174.74 | Arrearages: | $13.95 |
| Funds on Hand: | $283.04 | Total Plan Base: | $18,216.30 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**