| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-18521 / CMG**

Sharon T Lee-Williams

Petition Filed Date: 04/26/2019
341 Hearing Date: 05/23/2019
Confirmation Date: 10/16/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/06/2020 | $305.00 | 65422760 | 03/05/2020 | $305.00 | 66178250 | 04/02/2020 | $305.00 | 66828370 |
| 05/04/2020 | $305.00 | 67640990 | 05/29/2020 | $305.00 | 68232610 | 07/09/2020 | $305.00 | 69298270 |
| 08/06/2020 | $305.00 | 69958110 | 09/03/2020 | $305.00 | 70623790 | 10/02/2020 | $305.00 | 71322380 |
| 10/29/2020 | $305.00 | 71907060 | 11/30/2020 | $305.00 | 72617080 | 01/07/2021 | $305.00 | 73648000 |
| 02/02/2021 | $305.00 | 74267530 | | | | | | |

**Total Receipts for the Period:  $3,965.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $6,612.35**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Sharon T Lee-Williams | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | CANDYCE I SMITH-SKLAR, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | NELNET ON BEHALF OF COLLEGE ASSIST<br>»»  STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 2 | CHASE BANK USA, N.A. | Unsecured Creditors | $6,118.01 | $0.00 | $6,118.01 |
| 3 | CREDIT UNION OF NEW JERSEY | Unsecured Creditors | $1,020.72 | $0.00 | $1,020.72 |
| 4 | CREDIT UNION OF NEW JERSEY | Unsecured Creditors | $3,765.76 | $0.00 | $3,765.76 |
| 5 | BANK OF AMERICA | Unsecured Creditors | $17,067.17 | $0.00 | $17,067.17 |
| 6 | SELECT PORTFOLIO SERVICING INC<br>»»  P/290 GREENLAND AVE/1ST MTG/NATIONSTA | Mortgage Arrears | $4,510.05 | $1,002.62 | $3,507.43 |
| 7 | BANK OF AMERICA, N.A.<br>»»  2014 FORD ESCAPE/CRAM | Debt Secured by Vehicle | $9,285.20 | $2,064.23 | $7,220.97 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  HEALTHIPLAN | Unsecured Creditors | $4,236.63 | $0.00 | $4,236.63 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  MY PLACE REWARDS | Unsecured Creditors | $967.89 | $0.00 | $967.89 |
| 10 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $11,122.91 | $0.00 | $11,122.91 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/HOME DEPOT | Unsecured Creditors | $2,725.37 | $0.00 | $2,725.37 |

**Chapter 13 Case No. 19-18521 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,612.35 | Plan Balance: | $11,603.95 ** |
| Paid to Claims: | $5,566.85 | Current Monthly Payment: | $305.00 |
| Paid to Trustee: | $472.70 | Arrearages: | $13.95 |
| Funds on Hand: | $572.80 | Total Plan Base: | $18,216.30 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**