| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 19-18521 / CMG**

Sharon T Lee-Williams

Petition Filed Date: 04/26/2019
341 Hearing Date: 05/23/2019
Confirmation Date: 10/16/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2021 | $305.00 | 73648000 | 02/02/2021 | $305.00 | 74267530 | 03/05/2021 | $305.00 | 75057570 |
| 04/05/2021 | $305.00 | 75708110 | 05/03/2021 | $305.00 | 76359890 | 05/27/2021 | $305.00 | 76975740 |
| 06/24/2021 | $305.00 | 77623430 | 07/23/2021 | $305.00 | 78283420 | 09/02/2021 | $305.00 | 79226930 |
| 10/01/2021 | $305.00 | 79803850 | 11/01/2021 | $305.00 | 80464300 | 11/29/2021 | $305.00 | 81071660 |
| 12/28/2021 | $305.00 | 81635380 | 01/24/2022 | $305.00 | 82260830 | | | |

**Total Receipts for the Period: $4,270.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,272.35**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Sharon T Lee-Williams | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | CANDYCE I SMITH-SKLAR, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | NELNET ON BEHALF OF COLLEGE ASSIST<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 2 | CHASE BANK USA, N.A. | Unsecured Creditors | $6,118.01 | $0.00 | $6,118.01 |
| 3 | CREDIT UNION OF NEW JERSEY | Unsecured Creditors | $1,020.72 | $0.00 | $1,020.72 |
| 4 | CREDIT UNION OF NEW JERSEY | Unsecured Creditors | $3,765.76 | $0.00 | $3,765.76 |
| 5 | BANK OF AMERICA | Unsecured Creditors | $17,067.17 | $0.00 | $17,067.17 |
| 6 | SELECT PORTFOLIO SERVICING INC<br>»» P/290 GREENLAND AVE/1ST MTG/NATIONSTA | Mortgage Arrears | $4,510.05 | $2,205.48 | $2,304.57 |
| 7 | BANK OF AMERICA, N.A.<br>»» 2014 FORD ESCAPE/CRAM | Debt Secured by Vehicle | $9,285.20 | $4,540.61 | $4,744.59 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» HEALTHIPLAN | Unsecured Creditors | $4,236.63 | $0.00 | $4,236.63 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» MY PLACE REWARDS | Unsecured Creditors | $967.89 | $0.00 | $967.89 |
| 10 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $11,122.91 | $0.00 | $11,122.91 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/HOME DEPOT | Unsecured Creditors | $2,725.37 | $0.00 | $2,725.37 |

**Chapter 13 Case No. 19-18521 / CMG**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,272.35 | Plan Balance: | $7,943.95 ** |
| Paid to Claims: | $9,246.09 | Current Monthly Payment: | $305.00 |
| Paid to Trustee: | $746.88 | Arrearages: | $13.95 |
| Funds on Hand: | $279.38 | Total Plan Base: | $18,216.30 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.