| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 19-18521 / CMG**

Sharon T Lee-Williams

Petition Filed Date: 04/26/2019
341 Hearing Date: 05/23/2019
Confirmation Date: 10/16/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2022 | $305.00 | 82260830 | 03/03/2022 | $305.00 | 83160070 | 04/05/2022 | $305.00 | 83853010 |
| 04/28/2022 | $305.00 | 84289780 | 05/26/2022 | $305.00 | 84884950 | 06/24/2022 | $305.00 | 85468560 |
| 07/22/2022 | $305.00 | 86029860 | 09/09/2022 | $305.00 | 86956570 | 10/04/2022 | $305.00 | 87415770 |
| 10/27/2022 | $305.00 | 87892010 | 11/30/2022 | $305.00 | 88507600 | 02/02/2023 | $305.00 | 89742480 |
| 03/02/2023 | $305.00 | 90301660 | | | | | | |

**Total Receipts for the Period:  $3,965.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $13,932.35**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Sharon T Lee-Williams | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Candyce I. Smith-Sklar, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | NELNET ON BEHALF OF COLLEGE ASSIST<br>»»  STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 2 | CHASE BANK USA, N.A. | Unsecured Creditors | $6,118.01 | $0.00 | $6,118.01 |
| 3 | Credit Union of New Jersey | Unsecured Creditors | $1,020.72 | $0.00 | $1,020.72 |
| 4 | Credit Union of New Jersey | Unsecured Creditors | $3,765.76 | $0.00 | $3,765.76 |
| 5 | BANK OF AMERICA | Unsecured Creditors | $17,067.17 | $0.00 | $17,067.17 |
| 6 | SELECT PORTFOLIO SERVICING INC<br>»»  P/290 GREENLAND AVE/1ST MTG/NATIONSTA | Mortgage Arrears | $4,510.05 | $3,213.79 | $1,296.26 |
| 7 | BANK OF AMERICA, N.A.<br>»»  2014 FORD ESCAPE/CRAM | Debt Secured by Vehicle | $9,285.20 | $6,616.46 | $2,668.74 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  HEALTHIPLAN | Unsecured Creditors | $4,236.63 | $0.00 | $4,236.63 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  MY PLACE REWARDS | Unsecured Creditors | $967.89 | $0.00 | $967.89 |
| 10 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $11,122.91 | $0.00 | $11,122.91 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/HOME DEPOT | Unsecured Creditors | $2,725.37 | $0.00 | $2,725.37 |

**Chapter 13 Case No. 19-18521 / CMG**

| SUMMARY | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 3/13/2023: | | | |
| Total Receipts: | $13,932.35 | Plan Balance: | $4,283.95 ** |
| Paid to Claims: | $12,330.25 | Current Monthly Payment: | $305.00 |
| Paid to Trustee: | $1,036.02 | Arrearages: | $318.95 |
| Funds on Hand: | $566.08 | Total Plan Base: | $18,216.30 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



 **This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.