**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sharon T Lee-Williams<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5983<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19-18521-CMG | |

# Order of Discharge                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Sharon T Lee-Williams

6/28/24                                                                        **By the court:** Christine M. Gravelle
                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                                **Chapter 13 Discharge**                                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Sharon T Lee-Williams  
    Debtor

Case No. 19-18521-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Jun 28, 2024      Form ID: 3180W      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon T Lee-Williams, 290 Greenland Avenue, Trenton, NJ 08638-3630 |
| cr | + | Credit Union of New Jersey, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 28 2024 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 28 2024 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 28 2024 20:48:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 28 2024 20:48:00 | Select Portfolio Servicing Inc., RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518208815 | + | EDI: BANKAMER | Jun 29 2024 00:27:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 518208816 | + | EDI: BANKAMER | Jun 29 2024 00:27:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518304773 | + | EDI: BANKAMER2 | Jun 29 2024 00:27:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518308908 | | EDI: BANKAMER | Jun 29 2024 00:27:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 518208817 | + | EDI: TSYS2 | Jun 29 2024 00:27:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518208827 | | Email/Text: bankruptcy@cunj.org | Jun 28 2024 20:50:00 | Credit Union of New Jersey, Attn: Bankruptcy, Po Box 7921, Ewing, NJ 08628 |
| 518261353 | | Email/Text: bankruptcy@cunj.org | Jun 28 2024 20:50:00 | Credit Union of New Jersey, Attn: Risk Mitigation Dept, POB 7921, Ewing, NJ 08628-3010 |
| 518208818 | + | EDI: CAPITALONE.COM | Jun 29 2024 00:27:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518208819 | + | EDI: CAPONEAUTO.COM | Jun 29 2024 00:27:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518260576 | + | Email/Text: RASEBN@raslg.com | Jun 28 2024 20:48:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518208821 | + | EDI: CITICORP | Jun 29 2024 00:27:00 | Citibank/The Home Depot, Attn: |

Case 19-18521-CMG    Doc 43    Filed 06/30/24    Entered 07/01/24 00:20:13    Desc Imaged
                          Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 28, 2024 | Form ID: 3180W | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| | | | | Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518208822 | + | EDI: CITICORP | Jun 29 2024 00:27:00 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 518208823 | + | EDI: WFNNB.COM | Jun 29 2024 00:27:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518208824 | + | EDI: WFNNB.COM | Jun 29 2024 00:27:00 | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518208825 | + | EDI: WFNNB.COM | Jun 29 2024 00:27:00 | Comenitycapital/hlthip, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518208826 | + | EDI: WFNNB.COM | Jun 29 2024 00:27:00 | Comenitycb/gordon, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518208828 | + | EDI: SYNC | Jun 29 2024 00:27:00 | GEMB / HH Gregg, Attention: Bankruptcy, Po Box 103106, Roswell, GA 30076-9106 |
| 518208820 | | EDI: JPMORGANCHASE | Jun 29 2024 00:27:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518330201 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2024 21:02:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518208829 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 28 2024 20:48:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518308860 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 28 2024 20:48:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, PO Box 619096, Dallas TX 75261-9096 |
| 518208830 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 28 2024 20:50:00 | Nelnet Loans, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518254996 | + | Email/Text: ECMCBKNotices@ecmc.org | Jun 28 2024 20:50:00 | Nelnet on behalf of College Assist, College Assist, PO Box 16358, St. Paul, MN 55116-0358 |
| 518208831 | + | Email/Text: bnc@nordstrom.com | Jun 28 2024 20:49:34 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 518208832 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2024 20:48:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 518337347 | | EDI: PRA.COM | Jun 29 2024 00:27:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 518322015 | | EDI: Q3G.COM | Jun 29 2024 00:27:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518453551 | + | Email/Text: RASEBN@raslg.com | Jun 28 2024 20:48:00 | Select Portfolio Servicing, Inc., c/o RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518355367 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 28 2024 20:51:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518355366 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 28 2024 20:51:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518208836 | + | EDI: SYNC | Jun 29 2024 00:27:00 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518208833 | + | EDI: SYNC | Jun 29 2024 00:27:00 | Syncb/armstrong, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518208834 | + | EDI: SYNC | Jun 29 2024 00:27:00 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518208835 | + | EDI: SYNC | Jun 29 2024 00:27:00 | Syncb/home Design Se, Attn: Bankruptcy, Po Box |

| Recipient | | Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | 965060, Orlando, FL 32896-5060 |
| 518208837 | + | EDI: SYNC | Jun 29 2024 00:27:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518208838 | + | EDI: SYNC | Jun 29 2024 00:27:00 | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 518208839 | + | EDI: WTRRNBANK.COM | Jun 29 2024 00:27:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518208840 | + | EDI: WFFC2 | Jun 29 2024 00:27:00 | Wells Fargo/Bob's Discount Furniture, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 518208841 | | EDI: WFFC | Jun 29 2024 00:27:00 | Wells Fargo/Preferred, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 30, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ajennings@hillwallack.com |
| Aleisha Candace Jennings | on behalf of Creditor Select Portfolio Servicing Inc. ajennings@hillwallack.com |
| Andrew M. Lubin | on behalf of Creditor Select Portfolio Servicing  Inc. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Sharon T Lee-Williams njpalaw@gmail.com  r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Select Portfolio Servicing Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Select Portfolio Servicing  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 28, 2024 | Form ID: 3180W | Total Noticed: 45 |

on behalf of Creditor Select Portfolio Servicing Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Michael R. DuPont

on behalf of Creditor Credit Union of New Jersey dupont@redbanklaw.com  lori@redbanklaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11